---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of **New Jersey**
(State)

Case number (*if known*): _____ Chapter **11**

☐ Check if this is an amended filing

---

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

---

**1. Debtor's name**

RenwTricity NJ 2010 LLC

---

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

---

**3. Debtor's federal Employer Identification Number (EIN)**

2 7 – 0 6 9 5 1 4 4

---

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 100 Challenger Road | Number     Street |
| Number     Street | |
| Suite 401 | P.O. Box |
| Ridgefield Park    NJ    07660 | City    State    ZIP Code |
| City    State    ZIP Code | |
| | **Location of principal assets, if different from principal place of business** |
| Bergen | Number    Street |
| County | |
| | City    State    ZIP Code |

---

**5. Debtor's website (URL)**

---

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

| Debtor | RenwTricity NJ 2010 LLC | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

2 2 1 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes, District _____ When ___/___/___ (MM / DD / YYYY) Case number _____

District _____ When ___/___/___ (MM / DD / YYYY) Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes, Debtor Washington PV Generation LLC    Relationship Subsidiary

District New Jersey    When 10/13/2016 (MM / DD / YYYY)

Case number, if known _____

Debtor    RenwTricity NJ 2010 LLC
_____Name_____          Case number (if known) _____

---

**11. Why is the case filed in *this* district?**

*Check all that apply:*

[✓] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

[ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

[✓] No

[ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? *(Check all that apply.)*

[ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

[ ] It needs to be physically secured or protected from the weather.

[ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

[ ] Other _____

Where is the property? _____
                       Number       Street

_____
City                              New      State   ZIP Code

Is the property insured?

[ ] No

[ ] Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

[✓] Funds will be available for distribution to unsecured creditors.

[ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| [✓] 1-49 | [ ] 1,000-5,000 | [ ] 25,001-50,000 |
| [ ] 50-99 | [ ] 5,001-10,000 | [ ] 50,001-100,000 |
| [ ] 100-199 | [ ] 10,001-25,000 | [ ] More than 100,000 |
| [ ] 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| [ ] $0-$50,000 | [✓] $1,000,001-$10 million | [ ] $500,000,001-$1 billion |
| [ ] $50,001-$100,000 | [ ] $10,000,001-$50 million | [ ] $1,000,000,001-$10 billion |
| [ ] $100,001-$500,000 | [ ] $50,000,001-$100 million | [ ] $10,000,000,001-$50 billion |
| [ ] $500,001-$1 million | [ ] $100,000,001-$500 million | [ ] More than $50 billion |

| Debtor | RenwTricity NJ 2010 LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING —** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor

☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☒ I have been authorized to file this petition on behalf of the debtor.

☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10 / 13 / 2016
MM / DD / YYYY

X _____          Michael Greenberg
Signature of authorized representative of debtor          Printed name

Title  General Counsel

18. Signature of attorney

X _____          Date   10 / 13 / 2016
Signature of attorney for debtor          MM / DD / YYYY

Scott Bernstein
Printed name
Stradley Ronon Stevens & Young, LLP
Firm name
457 Haddonfield Road, Suite 100
Number      Street
Cherry Hill          NJ      08002-2223
City          State      ZIP Code

(856) 321-2400          sbernstein@stradley.com
Contact phone          Email address

024822002          NJ
Bar number          State

**Fill in this information to identify the case:**

Debtor name   RenwTricity NJ 2010 LLC

United States Bankruptcy Court for the: _____   District of   NJ
                                                                          (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Renewable Energy Capital, L.L.C. 2901 SouthBayshore Drive Miami, Florida 33133 | Attn: Robert C. Lau | For Notice Purposes Only | | | | |
| 2 | AUO Green Energy America Corp. 1525 McCarthy Blvd., #218 Milpitas, CA 95035 | Attn: Alice Kao Finance Director Telephone: (404) 518-8800 | Contract | Disputed | | | $512,091.45 |
| 3 | Strategic Investments USA, LLC Tronador 2705 Buenos Aires, Argentina | Attn: Oscar Burak | Unsecured Loan | | | | $285,800.00 |
| 4 | Millennium Land Development LLC 100 Sharp Rd, Marlton, NJ 08053 | Attn: Bruce Martin | For Notice Purposes Only | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor    RenwTricity NJ 2010 LLC
_____
Name

Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Fill in this information to identify the case and this filing:

Debtor Name  RenwTricity NJ 2010 LLC

United States Bankruptcy Court for the: _____  District of  NJ
                                                          (State)

Case number (if known): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An Individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐  *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐  *Schedule H: Codebtors (Official Form 206H)*

☐  *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐  *Amended Schedule _____*

☒  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐  *Other document that requires a declaration_____*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/13/16        X  _____
             MM / DD / YYYY        Signature of individual signing on behalf of debtor

                                   Michael Greenberg
                                   Printed name

                                   General Counsel
                                   Position or relationship to debtor

## WRITTEN CONSENT OF MEMBERS OF RENWTRICITY NJ 2010 LLC

The undersigned, being the members (the "Members") of RenwTricity NJ 2010 LLC, a New Jersey limited liability company (the "Company"), hereby consent to the adoption of the following recitals and resolutions, and the same shall be deemed approved as if voted upon at a duly held meeting of the members of the Company, as of September 25, 2016.

**WHEREAS,** the Members have reviewed and considered the financial and operational conditions of the Company and the Company's business as of the date hereof, including the historical performance of the Company, the assets of the Company, and the liabilities of the Company; and

**WHEREAS,** the Members have received, reviewed and considered the recommendations of the Company's advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 – 1532 (as amended, the "Bankruptcy Code"); and

**WHEREAS,** the Members have determined that, under the circumstances, it is desirable, fair, reasonable and in the best interests of the Company and its creditors, members and other interested parties for the Company to file a voluntary petition seeking relief under Chapter 11 of the Bankruptcy Code; and

**NOW, THEREFORE, BE IT**

**RESOLVED,** that in the judgment of the Members, it is desirable and in the best interests of the Company and its creditors, members and other interested parties that a voluntary petition for relief under Chapter 11 of the Bankruptcy Code be filed with the Company in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"); and it is further

**RESOLVED,** that the officers of the Company (collectively, the "Officers") or any one of them (an "Officer"), shall be, and each hereby is authorized, empowered and directed to execute and verify on behalf of and in the name of the Company, a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the Bankruptcy Court in the such form and at such time as the Officer executing said petition on behalf of the Company shall determine; and it is further

**RESOLVED,** that the Officers, or any single Officer, shall be, and each hereby is, authorized, empowered and directed on behalf of an in the name of the Company to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein) all necessary documents, including without limitation, a plan of reorganization and disclosure statement, and all petitions, certifications, schedules, motions, lists, applications, pleadings, and other papers, and in connection therewith to employ and retain all assistance by legal counsel or other professionals and to take any and all actions which they deem necessary and proper in connection with the Chapter 11 case contemplated hereby, with a view toward the successful prosecution of such case; and it is further

**RESOLVED**, that the Officers, or any single Officer, shall be, and each hereby is, authorized, empowered and directed to (i) prepare or cause to be prepared on the Company's behalf, the necessary documents, including, without limitation, a plan of reorganization and disclosure statement, and all petitions, certifications, schedules, motions, lists, applications, pleadings, and other papers referred to the foregoing resolution, and (ii) with the express prior approval of the majority of the Members provided for herein (a) file and prosecute to conclusion any such plan of reorganization, and (b) take any and all actions necessary and proper in connection with the Chapter 11 case contemplated hereby, with a view to a successful prosecution of such case; and it is further

**RESOLVED**, that the Officers, or any single Officer, shall be, and each hereby is, authorized, empowered and directed to employ, on behalf of the Company, the law firm of Stradley Ronon Stevens & Young, LLP under a special retainer as counsel to the Company in the Chapter 11 case and in other related matters on such terms and conditions as any of the Officers of the Company shall approve; and it is further

**RESOLVED**, that the Officers, or any single Officer, shall be, and each hereby is, authorized and directed to employ any other individual and/or firm as professionals and consultants to the Company as are deemed necessary to represent and assist the Company in carrying out the Company's' duties under the Bankruptcy Code, and in connection therewith, the Officers, or any single Officer shall be, and each hereby is, authorized and directed to execute appropriate retention agreements, and to cause to be filed appropriate applications for authority to retain the services of such firms; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any Officer to seek relief on behalf of the Company under Chapter 11 of the Bankruptcy Code, in connection with the Chapter 11 Case, or in matters related thereto, shall be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

**RESOLVED**, that the effective date of the foregoing resolutions shall be September 25, 2016.

**IN WITNESS WHEREOF**, the undersigned have executed this Written Consent of Members on September 25, 2016.

_____          _____
Mark Castellano                                           Kenneth Bob

_____
Michael Greenberg

2

# 2975370 v. 1

## RenwTricity NJ 2010, LLC.
## Balance Sheet
### As of December 31, 2015

|  |  | Dec 31, 15 |
|---|---|---:|
| **ASSETS** |  |  |
| Current Assets |  |  |
| Checking/Savings |  |  |
| Valley National Bank |  | 1,005 |
| Florence Bank |  | 5,212 |
| Washington Bank |  | 7,616 |
| **Total Checking/Savings** |  | 13,833 |
| Other Current Assets |  |  |
| Loan Receivable - Member |  | 8,522 |
| **Total Other Current Assets** |  | 8,522 |
| **Total Current Assets** |  | 22,355 |
| Fixed Assets |  |  |
| Application Fee |  | 121,717 |
| Engineeting Services |  | 185,662 |
| Accumulated Depreciation |  | -2,463 |
| Machinery & Equipment |  | 2,463 |
| **Total Fixed Assets** |  | 307,379 |
| Other Assets |  |  |
| Loan Receivable |  |  |
| Land |  |  |
| Land – Washington | 160,000 |  |
| Land – Florence | 190,000 |  |
| Land – Other | 59,800 |  |
| **Total Land** |  | 409,800 |
| **Total Loan Receivable** |  | 409,800 |
| **Total Other Assets** |  | 409,800 |
| **TOTAL ASSETS** |  | 739,534 |
| **LIABILITIES & EQUITY** |  |  |
| Liabilities |  |  |
| Current Liabilities |  |  |
| Other Current Liabilities |  |  |
| Loan Payable -Strategic Invest |  | 250,800 |
| **Total Other Current Liabilities** |  | 250,800 |
| **Total Current Liabilities** |  | 250,800 |
| Long Term Liabilities |  |  |
| Loan Payable - AUO |  | 1,041,378 |
| **Total Long Term Liabilities** |  | 1,041,378 |
| **Total Liabilities** |  | 1,292,178 |
| Equity |  |  |
| Capital - KB |  | -169,117 |
| Capital - MC |  | -125,146 |
| Capital - MG |  | -127,139 |
| Capital - OB |  | -127,159 |
| Net Income |  | -4,084 |
| **Total Equity** |  | -552,645 |
| **TOTAL LIABILITIES & EQUITY** |  | 739,534 |

## RenwTricity NJ 2010, LLC.
## Profit & Loss
### January through December 2015

|                              | Jan - Dec 15 |
|------------------------------|-------------:|
| Ordinary Income/Expense      |              |
|   Expense          |              |
|     Bank Service Charges | 484 |
|     Filing Fee           | 600 |
|     Professional Fees    | 3,000 |
|   Total Expense    | 4,084 |
| Net Ordinary Income          | -4,084 |
| Net Income                   | -4,084 |

Benny Realty NJ 201 921 LLC

# Statement of Cash Flows
## January through December 2015

|  | Jan - Dec 15 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | -4,084.40 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| Loan Receivable - Member | 3,200.00 |
| Net cash provided by Operating Activities | -884.40 |
| **FINANCING ACTIVITIES** |  |
| Net cash provided by Financing Activities | 0.00 |
| Net cash increase for period | -884.40 |
| Cash at beginning of period | 14,717.11 |
| Cash at end of period | 13,832.71 |

Form **1065**

Department of the Treasury
Internal Revenue Service

**U.S. Return of Partnership Income**

For calendar year 2015, or tax year beginning _____ , 2015,
ending _____ , 20 _____

▶ Information about Form 1065 and its separate instructions is at *www.irs.gov/form1065.*

OMB No. 1545-0123

**2015**

| A Principal business activity | | Name of partnership | D Employer identification no. |
|---|---|---|---|
| PROVIDER | Type or Print | RENWTRICITY NJ 2010 LLC | 27-0695144 |
| B Principal product or service | | Number, street, and room or suite number. If a P.O. box, see the instructions. | E Date business started |
| ENERGY | | 100 CHALLENGER ROAD STE 401 | 08/07/09 |
| C Business code number | | City or town, state or province, country, and ZIP or foreign postal code | F Total assets (see the instrs) |
| 221100 | | RIDGEFIELD PARK          NJ  07660 | $        739,533. |

G Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☒ Address change (5) ☐ Amended return
(6) ☐ Technical termination — also check (1) or (2)

H Check accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ ....... 4

J Check if Schedules C and M-3 are attached ....... ☐

**Caution.** *Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.*

| | | | |
|---|---|---|---|
| **I N C O M E** | 1 a Gross receipts or sales . . . . . . . . . . . . . . . . | 1a | |
| | b Returns and allowances . . . . . . . . . . . . . . . | 1b | |
| | c Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . | 1c | |
| | 2 Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . | 2 | |
| | 3 Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . | 3 | |
| | 4 Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| | 5 Net farm profit (loss) (attach Schedule F (Form 1040)) . . . . . . . . . . . | 5 | |
| | 6 Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . . | 6 | |
| | 7 Other income (loss) (attach statement) . . . . . . . . . . . . . . . . . | 7 | |
| | 8 **Total income (loss).** Combine lines 3 through 7 . . . . . . . . . . . . | 8 | |
| **DEDUCTIONS** (SEE INSTRS FOR LIMITATIONS) | 9 Salaries and wages (other than to partners) (less employment credits) . . . . | 9 | |
| | 10 Guaranteed payments to partners . . . . . . . . . . . . . . . . . . | 10 | |
| | 11 Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . | 11 | |
| | 12 Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . | 12 | |
| | 13 Rent . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13 | |
| | 14 Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . . | 14 | 600. |
| | 15 Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15 | |
| | 16a Depreciation (if required, attach Form 4562) . . . . . . . . 16a       0. | | |
| | b Less depreciation reported on Form 1125-A and elsewhere on return . . 16b | 16c | 0. |
| | 17 Depletion (**Do not deduct oil and gas depletion.**) . . . . . . . . . . | 17 | |
| | 18 Retirement plans, etc. . . . . . . . . . . . . . . . . . . . . . | 18 | |
| | 19 Employee benefit programs . . . . . . . . . . . . . . . . . . . | 19 | |
| | 20 Other deductions (attach statement) . . . . . . . . . . . . . * STMT | 20 | 3,484. |
| | 21 **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 . . . . . . . . | 21 | 4,084. |
| | 22 **Ordinary business income (loss).** Subtract line 21 from line 8 . . . . . . . . . . . . . . . | 22 | -4,084. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

▶ _____
Signature of general partner or limited liability company member manager        Date

May the IRS discuss this return with the preparer shown below (see instrs)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☒ if self-employed | PTIN |
|---|---|---|---|---|
| Mark Perlson, CPA/PFS | Mark Perlson, CPA/PFS | 04/01/16 | | P00052930 |
| Firm's name ▶ Perlson LLP | | | Fi_ | |
| Firm's address ▶ 977 North Broadway | | | | |
| North Massapequa                    NY  11758 | | Phone no. (516) 541-0022 | | |

BAA For Paperwork Reduction Act Notice, see separate instructions.        PTPA0112 08/03/15        Form **1065** (2015)

Form 1065 (2015)   RENWTRICITY NJ 2010 LLC                    27-0695144           Page 2

## Schedule B — Other Information

| | | | Yes | No |
|---|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box: | | | |

| | | | | |
|---|---|---|---|---|
| a | ☐ Domestic general partnership | b | ☐ Domestic limited partnership | |
| c | ☒ Domestic limited liability company | d | ☐ Domestic limited liability partnership | |
| e | ☐ Foreign partnership | f | ☐ Other ► | |

| | | Yes | No |
|---|---|---|---|
| 2 | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 3 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If 'Yes,' attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If 'Yes,' attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 4 | At the end of the tax year, did the partnership: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (iv) below . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (v) below . . . . . . . . . . . . . . . | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| FLORENCE PV LLC | 80-0767581 | LLC | US | 100.0000 |
| WASHINGTON PV GENERATION LLC | 27-3347275 | LLC | US | 100.0000 |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5 | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details . . . . . . . . | | X |
| 6 | Does the partnership satisfy all four of the following conditions? | | |
| a | The partnership's total receipts for the tax year were less than $250,000. | | |
| b | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| d | The partnership is not filing and is not required to file Schedule M-3 . . . . . . . . . . . . . . . . . . . . | X | |
| | If 'Yes,' the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? . . . . . . . . . . . . . . . . . . | | X |
| 8 | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 9 | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 10 | At any time during calendar year 2015, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If 'Yes,' enter the name of the foreign country.    ► | | X |

PTPA0112 08/03/15                                                          Form 1065 (2015)

Form 1065 (2015)    RENWTRICITY NJ 2010 LLC                                      27-0695144                Page **3**

| Schedule B | Other Information *(continued)* | | |
|---|---|---|---|

|  |  | Yes | No |
|---|---|---|---|
| 11 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If 'Yes,' the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions. | | X |
| 12a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? | | X |
|  | See instructions for details regarding a section 754 election. | | |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If 'Yes,' attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If 'Yes,' attach a statement showing the computation and allocation of the basis adjustment. See instrs | | X |
| 13 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ▶ ☐ | | |
| 14 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 15 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. See instructions ▶ | | |
| 16 | Does the partnership have any foreign partners? If 'Yes,' enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ▶ 0 | X | |
| 17 | Enter the number of Forms 8865, Return of U.S. Persons With Respect To Certain Foreign Partnerships, attached to this return. ▶ 0 | | |
| 18a | Did you make any payments in 2015 that would require you to file Form(s) 1099? See instructions | X | |
| b | If 'Yes,' did you or will you file required Form(s) 1099? | X | |
| 19 | Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return. ▶ 0 | | |
| 20 | Enter the number of partners that are foreign governments under section 892. ▶ 0 | | |

**Designation of Tax Matters Partner** (see instructions)
Enter below the general partner or member-manager designated as the tax matters partner (TMP) for the tax year of this return:

| Name of designated TMP ▶ | KENNETH BOB | Identifying number of TMP ▶ | |
|---|---|---|---|
| If the TMP is an entity, name of TMP representative ▶ | | Phone number of TMP ▶ | |
| Address of designated TMP ▶ | 34 GILBERT LANE PLAINVIEW, NY 11803 | | |

PTPA0112  08/03/15

Form **1065** (2015)

Form **1065** (2015)   RENWTRICITY NJ 2010 LLC                                           27-0695144                Page **4**

| Schedule K | | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|---|
| | 1 | Ordinary business income (loss) (page 1, line 22) | 1 | -4,084. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3 a | Other gross rental income (loss) . . . . . . . . . . . 3a | | |
| | b | Expenses from other rental activities (attach stmt) . . . 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3 c | |
| | 4 | Guaranteed payments | 4 | |
| | 5 | Interest income | 5 | |
| **Income** | 6 | Dividends: a Ordinary dividends | 6 a | |
| **(Loss)** | | b Qualified dividends . . . . . . . . . . . . . . 6b | | |
| | 7 | Royalties | 7 | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 | |
| | 9 a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9 a | |
| | b | Collectibles (28%) gain (loss) . . . . . . . . . . 9b | | |
| | c | Unrecaptured section 1250 gain (attach statement) . . . 9c | | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) | 10 | |
| | 11 | Other income (loss) (see instructions)    Type ▶ | 11 | |
| **Deduc-tions** | 12 | Section 179 deduction (attach Form 4562) | 12 | |
| | 13 a | Contributions | 13 a | |
| | b | Investment interest expense | 13 b | |
| | c | Section 59(e)(2) expenditures: (1) Type ▶ _____ (2) Amount ▶ | 13 c (2) | |
| | d | Other deductions (see instructions)   Type ▶ | 13 d | |
| **Self-Employ-ment** | 14 a | Net earnings (loss) from self-employment | 14 a | 0 . |
| | b | Gross farming or fishing income | 14 b | |
| | c | Gross nonfarm income | 14 c | |
| | 15 a | Low-income housing credit (section 42(j)(5)) | 15 a | |
| | b | Low-income housing credit (other) | 15 b | |
| **Credits** | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 15 c | |
| | d | Other rental real estate credits (see instructions)       Type ▶ | 15 d | |
| | e | Other rental credits (see instructions). . . . . . . Type ▶ | 15 e | |
| | f | Other credits (see instructions) . . . . . . . . . . Type ▶ | 15 f | |
| | 16 a | Name of country or U.S. possession . . . ▶ | | |
| | b | Gross income from all sources | 16 b | |
| | c | Gross income sourced at partner level | 16 c | |
| | | Foreign gross income sourced at partnership level | | |
| **Foreign Trans-actions** | d | Passive category ▶ _____ e General category ▶ _____ f Other ▶ | 16 f | |
| | | Deductions allocated and apportioned at partner level | | |
| | g | Interest expense ▶ _____ h Other . . . . . . . . . . ▶ | 16 h | |
| | | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | i | Passive category ▶ _____ j General category ▶ _____ k Other ▶ | 16 k | |
| | l | Total foreign taxes (check one):   ▶ Paid ☐  Accrued ☐ | 16 l | |
| | m | Reduction in taxes available for credit (attach statement) . . . . . . . . . . . . | 16 m | |
| | n | Other foreign tax information (attach statement) . . . . . . . . . . . . . . . . | | |
| | 17 a | Post-1986 depreciation adjustment . . . . . . . . . . . . . . . . . . . . . | 17 a | 0 . |
| **Alternative Minimum Tax (AMT) Items** | b | Adjusted gain or loss . . . . . . . . . . . . . . . . . . . . . . . . . . | 17 b | |
| | c | Depletion (other than oil and gas) . . . . . . . . . . . . . . . . . . . . | 17 c | |
| | d | Oil, gas, and geothermal properties — gross income . . . . . . . . . . . . . | 17 d | |
| | e | Oil, gas, and geothermal properties — deductions . . . . . . . . . . . . . | 17 e | |
| | f | Other AMT items (attach stmt) . . . . . . . . . . . . . . . . . . . . . . | 17 f | |
| **Other Infor-mation** | 18 a | Tax-exempt interest income . . . . . . . . . . . . . . . . . . . . . . . | 18 a | |
| | b | Other tax-exempt income . . . . . . . . . . . . . . . . . . . . . . . . | 18 b | |
| | c | Nondeductible expenses . . . . . . . . . . . . . . . . . . . . . . . . | 18 c | |
| | 19 a | Distributions of cash and marketable securities . . . . . . . . . . . . . . . | 19 a | |
| | b | Distributions of other property . . . . . . . . . . . . . . . . . . . . . . | 19 b | |
| | 20 a | Investment income . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20 a | |
| | b | Investment expenses . . . . . . . . . . . . . . . . . . . . . . . . . . | 20 b | |
| | c | Other items and amounts (attach stmt) . . . . . . . . . . . . . . . . . . | | |

BAA                                                                                          Form **1065** (2015)

PTPA0134   08/03/15

Form 1065 (2015)   RENWTRICITY NJ 2010 LLC                          27-0695144            Page **5**

## Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l . . . . . . . . . . . . . . . . . . . . . . | | | **1** | | -4,084. | |

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| a | General partners . . | | | | | | |
| b | Limited partners . . | | -4,084. | | | | |

## Schedule L   Balance Sheets per Books

| Assets | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 1 | Cash . . . . . . . . . . . . . . . | | 14,716. | | 13,832. |
| 2a | Trade notes and accounts receivable . . . . . | | | | |
| b | Less allowance for bad debts . . . . . . . . . | | | | |
| 3 | Inventories . . . . . . . . . . . . . . . | | | | |
| 4 | U.S. government obligations . . . . . . . . . | | | | |
| 5 | Tax-exempt securities . . . . . . . . . | | | | |
| 6 | Other current assets (attach stmt) . . . . . . . . | | | | |
| 7a | Loans to partners (or persons related to partners) . . . | | 11,722. | | 8,522. |
| b | Mortgage and real estate loans . . . . . . . . | | | | |
| 8 | Other investments (attach stmt) . . . . . . . . . | | | | |
| 9a | Buildings and other depreciable assets . . . . | 2,463. | | 2,463. | |
| b | Less accumulated depreciation . . . . . . . . | 2,463. | 0. | 2,463. | 0. |
| 10a | Depletable assets . . . . . . . . . . . . | | | | |
| b | Less accumulated depletion . . . . . . . . . | | | | |
| 11 | Land (net of any amortization) . . . . . . . | | 409,800. | | 409,800. |
| 12a | Intangible assets (amortizable only) . . . . . . | | | | |
| b | Less accumulated amortization . . . . . . . . | | | | |
| 13 | Other assets (attach stmt) . . . Ln 13 Stmt | | 307,379. | | 307,379. |
| 14 | Total assets . . . . . . . . . . . . . | | 743,617. | | 739,533. |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable . . . . . . . . . . . . | | | | |
| 16 | Mortgages, notes, bonds payable in less than 1 year . . | | | | |
| 17 | Other current liabilities (attach stmt) . . . . . . . . | | | | |
| 18 | All nonrecourse loans . . . . . . . . . . . | | 1,292,178. | | 1,292,178. |
| 19a | Loans from partners (or persons related to partners) . . | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more . . | | | | |
| 20 | Other liabilities (attach stmt) . . . . . . . . . | | | | |
| 21 | Partners' capital accounts . . . . . . . . . | | -548,561. | | -552,645. |
| 22 | Total liabilities and capital . . . . . . . . . | | 743,617. | | 739,533. |

## Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return
Note. The partnership may be required to file Schedule M-3 (see instructions).

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . . . . | -4,084. | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest . $ | |
| | | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): | |
| 3 | Guaranteed pmts (other than health insurance) . | | a | Depreciation . . . $ | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): | | | | |
| a | Depreciation . . . $ | | | | |
| b | Travel and entertainment . . . $ | | 8 | Add lines 6 and 7 . . . . . . . . . . . | |
| 5 | Add lines 1 through 4 . . . . . . . . . | -4,084. | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 . . . . . . . . . . . | -4,084. |

## Schedule M-2   Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year . . . . . . . | -548,561. | 6 | Distributions: a Cash . . . . . . . | |
| 2 | Capital contributed: a Cash . . . . . . | | | b Property . . . . . . . . . | |
| | b Property . . . . . | | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) per books . . . . . . . | -4,084. | | | |
| 4 | Other increases (itemize): | | | | |
| | | | 8 | Add lines 6 and 7 . . . . . . . . . . . | |
| 5 | Add lines 1 through 4 . . . . . . . . . | -552,645. | 9 | Balance at end of year. Subtract line 8 from line 5 . . | -552,645. |

PTPA0134 08/03/15                                                                 Form **1065** (2015)

| Form **4562** | | **Depreciation and Amortization** (Including Information on Listed Property) ► Attach to your tax return. | | OMB No. 1545-0172 **2015** |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service   (99) | | ► Information about Form 4562 and its separate instructions is at *www.irs.gov/form4562.* | | Attachment Sequence No.   **179** |

| Name(s) shown on return | Identifying number |
|---|---|
| RENWTRICITY NJ 2010 LLC | 27-0695144 |
| Business or activity to which this form relates | |
| Form 1065 Line 22 | |

## Part I   Election To Expense Certain Property Under Section 179
Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | | | |
|---|---|---|---|---|
| 1 | Maximum amount (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | | 500,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . . . . . . . . . | **2** | | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . . . . . | **3** | | 2,000,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . . . . . | **4** | | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . . . . . . . . . . | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . . . | **8** | | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . . . . . . . . | **9** | | |
| 10 | Carryover of disallowed deduction from line 13 of your 2014 Form 4562 . . . . . . . . . . . . . | **10** | | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) . . . . | **11** | | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11. . . . . . . . . . . . . | **12** | | |
| 13 | Carryover of disallowed deduction to 2016. Add lines 9 and 10, less line 12 . . . . . . . ► | **13** | | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

## Part II   Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | | | |
|---|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | | |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . . . . . . . . . | **15** | | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | | |

## Part III   MACRS Depreciation (Do not include listed property.) (See Instructions.)

### Section A

| | | | | |
|---|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2015. . . . . . . . . . . . . . . . | **17** | | 0. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐ | | | |

### Section B — Assets Placed in Service During 2015 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19 a 3-year property . . . . . . | | | | | | |
| b 5-year property . . . . . . | | | | | | |
| c 7-year property . . . . . . | | | | | | |
| d 10-year property . . . . . | | | | | | |
| e 15-year property . . . . . | | | | | | |
| f 20-year property . . . . . | | | | | | |
| g 25-year property . . . . . | | | 25 yrs | | S/L | |
| h Residential rental property . . . . . . . . | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property . . . . . . . . | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

### Section C — Assets Placed in Service During 2015 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 a Class life . . . . . . . . | | | | | S/L | |
| b 12-year. . . . . . . . . . | | | 12 yrs | | S/L | |
| c 40-year. . . . . . . . . . | | | 40 yrs | MM | S/L | |

## Part IV   Summary (See instructions.)

| | | | | |
|---|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . . . . . . . . . . | **21** | | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions . . . . . . . . . . . . . . . | **22** | | 0. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . . . . . . | **23** | | |

BAA   For Paperwork Reduction Act Notice, see separate instructions.        FDIZ0812  10/27/15                    Form **4562** (2015)

Form 4562 (2015)    RENWTRICITY NJ 2010 LLC    27-0695144    Page 2

**Part V**  Listed Property (Include automobiles, certain other vehicles, certain aircraft, certain computers, and property used for entertainment, recreation, or amusement.)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A – Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

| 24 a Do you have evidence to support the business/investment use claimed? . . . . . . | | Yes | | No | 24b If 'Yes,' is the evidence written? . . . | | Yes | | No |
|---|---|---|---|---|---|---|---|---|---|

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) . . . . . . . . . . . . . . . . . | | | | | | 25 | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| 28 | Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . . . . | 28 | |
|---|---|---|---|
| 29 | Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . . . . . . . . . . | | 29 |

**Section B – Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Total business/investment miles driven during the year (do not include commuting miles). . . . . . . . . . . . | | | | | | | | | | | | |
| 31 | Total commuting miles driven during the year . . . . . | | | | | | | | | | | | |
| 32 | Total other personal (noncommuting) miles driven . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 33 | Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . . . . . | | | | | | | | | | | | |
| | | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 | Was the vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . | | | | | | | | | | | | |
| 35 | Was the vehicle used primarily by a more than 5% owner or related person? . . . . . . . | | | | | | | | | | | | |
| 36 | Is another vehicle available for personal use? . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |

**Section C – Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons (see instructions).

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . . . . . . . . | | |
| 39 | Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) . . . . . . . . . . . . . . . . Note: If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles. | | |

**Part VI**  Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2015 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |

| 43 | Amortization of costs that began before your 2015 tax year . . . . . . . . . . . . . . . . . . . . . . . . . | 43 | |
|---|---|---|---|
| 44 | Total. Add amounts in column (f). See the instructions for where to report . . . . . . . . . . . . . . . . . | 44 | |

FDIZ0812  10/27/15

Form **4562** (2015)

### Section 1.263(a)-1(f)
▶ Attach to your income tax return

| Name(s) Shown on Return | Identification Number |
|---|---|
| RENWTRICITY NJ 2010 LLC | 27-0695144 |

Tax Year:   2015

### Section 1.263(a)-1(f)
### De Minimis Safe Harbor Election

The taxpayer elects to make the de minimis safe harbor election under the Regulation 1.263(a)-1(f)

Name:                 RENWTRICITY NJ 2010 LLC
Address:              100 CHALLENGER ROAD STE 401,  RIDGEFIELD PARK NJ 07660
Identification Number:   27-0695144

651113

| Final K-1 ☐ | Amended K-1 ☐ | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1065)**

**2015**

For calendar year 2015, or tax

Department of the Treasury
Internal Revenue Service

year beginning _____ , 2015
ending _____ , _____

**Partner's Share of Income, Deductions,
Credits, etc.**          ► See separate instructions.

| Part I | Information About the Partnership |

**A** Partnership's employer identification number
27-0695144

**B** Partnership's name, address, city, state, and ZIP code
RENWTRICITY NJ 2010 LLC
100 CHALLENGER ROAD STE 401
RIDGEFIELD PARK, NJ 07660

**C** IRS Center where partnership filed return
CINCINNATI, OH

**D** ☐ Check if this is a publicly traded partnership (PTP)

| Part II | Information About the Partner |

**E**

**F** Partner's name, address, city, state, and ZIP code
KENNETH BOB
34 GILBERT LANE
PLAINVIEW, NY 11803

**G** ☐ General partner or LLC
member-manager

☒ Limited partner or other
LLC member

**H** ☒ Domestic partner          ☐ Foreign partner

**I1** What type of entity is this partner? . . . . . INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.),
check here . . . . . . . . . . . . . . . . . . . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|        | Beginning | Ending |
|--------|-----------|--------|
| Profit | 33.34000 % | 33.34000 % |
| Loss   | 33.34000 % | 33.34000 % |
| Capital | 33.34000 % | 33.34000 % |

**K** Partner's share of liabilities at year end:

Nonrecourse . . . . . . . . . . . . . . $ 430,812.
Qualified nonrecourse financing . . . . . $ _____
Recourse . . . . . . . . . . . . . . . $ _____

**L** Partner's capital account analysis:

Beginning capital account . . . . . . . . $ -169,117.
Capital contributed during the year . . . $ _____
Current year increase (decrease) . . . . $ -1,363.
Withdrawals & distributions . . . . . . . $ _____
Ending capital account . . . . . . . . . $ -170,480.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If 'Yes', attach statement (see instructions)

| Part III | Partner's Share of Current Year Income,
Deductions, Credits, and Other Items |

| 1 | Ordinary business income (loss) | 15 | Credits |
|   | -1,363. |  |  |
| 2 | Net rental real estate income (loss) |  |  |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments |  |  |
| 5 | Interest income |  |  |
| 6a | Ordinary dividends |  |  |
| 6b | Qualified dividends |  |  |
| 7 | Royalties |  |  |
| 8 | Net short-term capital gain (loss) |  |  |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
|    |  | A | 0. |
| 9b | Collectibles (28%) gain (loss) |  |  |
| 9c | Unrecaptured section 1250 gain |  |  |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) |  |  |
|    |  | 19 | Distributions |
| 12 | Section 179 deduction |  |  |
| 13 | Other deductions | 20 | Other information |
| 14 | Self-employment earnings (loss) |  |  |

*See attached statement for additional information.

F
O
R

I
R
S

U
S
E

O
N
L
Y

RENWTRICITY NJ 2010 LLC   27-0695144                                                          1

Schedule K-1 (KENNETH BOB), Supplemental Information
**Supplemental Information**

| | |
|---|---|
| LOSS FOR TAX YEAR 2015 IS LIMITED DUE TO BASIS | |
| LOSS FOR TAX YEAR 2015 ALLOWED | 0. |
| LOSS FOR TAX YEAR 2015 DISALLOWED | -1,363. |

651113

| Final K-1 | Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1065)**

**2015**

Department of the Treasury
Internal Revenue Service

For calendar year 2015, or tax

year beginning _____ , 2015

ending _____ ,

## Partner's Share of Income, Deductions, Credits, etc.

▶ See separate instructions.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
27-0695144

**B** Partnership's name, address, city, state, and ZIP code
RENWTRICITY NJ 2010 LLC
100 CHALLENGER ROAD STE 401
RIDGEFIELD PARK, NJ 07660

**C** IRS Center where partnership filed return
CINCINNATI, OH

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E**

**F** Partner's name, address, city, state, and ZIP code
MARK A. CASTELLANO
124 CATHEDRAL AVE
FLORHAM PARK, NJ 07032

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I1** What type of entity is this partner? · · · · · INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here · · · · · · · · · · · · · · · · · · · · ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 22.22000 % | 22.22000 % |
| Loss | 22.22000 % | 22.22000 % |
| Capital | 22.22000 % | 22.22000 % |

**K** Partner's share of liabilities at year end:

Nonrecourse · · · · · · · · · · · · · · $ _____287,122._____
Qualified nonrecourse financing · · · · · $ _____
Recourse · · · · · · · · · · · · · · · $ _____

**L** Partner's capital account analysis:

Beginning capital account · · · · · · · · $ _____-125,146._____
Capital contributed during the year · · · $ _____
Current year increase (decrease) · · · · $ _____-907._____
Withdrawals & distributions · · · · · · · $ _____
Ending capital account · · · · · · · · · $ _____-126,053._____

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No
If 'Yes', attach statement (see instructions)

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Item | | | # | Item |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) -907. | | | 15 | Credits |
| 2 | Net rental real estate income (loss) | | | | |
| 3 | Other net rental income (loss) | | | 16 | Foreign transactions |
| 4 | Guaranteed payments | | | | |
| 5 | Interest income | | | | |
| 6a | Ordinary dividends | | | | |
| 6b | Qualified dividends | | | | |
| 7 | Royalties | | | | |
| 8 | Net short-term capital gain (loss) | | | | |
| 9a | Net long-term capital gain (loss) | | | 17 | Alternative minimum tax (AMT) items A          0. |
| 9b | Collectibles (28%) gain (loss) | | | | |
| 9c | Unrecaptured section 1250 gain | | | | |
| 10 | Net section 1231 gain (loss) | | | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | | | |
| | | | | 19 | Distributions |
| 12 | Section 179 deduction | | | | |
| 13 | Other deductions | | | 20 | Other information |
| 14 | Self-employment earnings (loss) | | | | |

*See attached statement for additional information.

F
O
R

I
R
S

U
S
E

O
N
L
Y

BAA **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**

Schedule K-1 (Form 1065) 2015

PTPA0312  07/22/15

RENWTRICITY NJ 2010 LLC   27-0695144                                                    1

Schedule K-1 (MARK A. CASTELLANO), Supplemental Information
**Supplemental Information**

| | |
|---|---:|
| LOSS FOR TAX YEAR 2015 IS LIMITED DUE TO BASIS | |
| LOSS FOR TAX YEAR 2015 ALLOWED | 0. |
| LOSS FOR TAX YEAR 2015 DISALLOWED | -907. |

☐ Final K-1    ☐ Amended K-1    651113
OMB No. 1545-0123

**Schedule K-1**
(Form 1065)

**2015**

*For calendar year 2015, or tax*

Department of the Treasury
Internal Revenue Service

year beginning _____, 2015
ending _____

**Partner's Share of Income, Deductions, Credits, etc.**    ► See separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 15 | Credits |
| | -907. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| | | A | 0. |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 19 | Distributions |
| 13 | Other deductions | | |
| | | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |

**Part I    Information About the Partnership**

**A** Partnership's employer identification number
27-0695144

**B** Partnership's name, address, city, state, and ZIP code
RENWTRICITY NJ 2010 LLC
100 CHALLENGER ROAD STE 401
RIDGEFIELD PARK, NJ 07660

**C** IRS Center where partnership filed return
CINCINNATI, OH

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II    Information About the Partner**

**F** Partner's name, address, city, state, and ZIP code
MICHAEL GREENBERG
394 WINTHROP ROAD
TEANECK, NJ 07666

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I1** What type of entity is this partner? . . . . . INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . . . . . . . . . . . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 22.22000 % | 22.22000 % |
| Loss | 22.22000 % | 22.22000 % |
| Capital | 22.22000 % | 22.22000 % |

**K** Partner's share of liabilities at year end:
Nonrecourse . . . . . . . . . . . . . . $ 287,122.
Qualified nonrecourse financing . . . . . $ _____
Recourse . . . . . . . . . . . . . . . $ _____

**L** Partner's capital account analysis:
Beginning capital account . . . . . . . $ -127,139.
Capital contributed during the year . . . $ _____
Current year increase (decrease) . . . . $ -907.
Withdrawals & distributions . . . . . . $ _____
Ending capital account . . . . . . . . $ -128,046.

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No
If 'Yes', attach statement (see instructions)

*See attached statement for additional information.

F
O
R

I
R
S

U
S
E

O
N
L
Y

RENWTRICITY NJ 2010 LLC  27-0695144

Schedule K-1 (MICHAEL GREENBERG), Supplemental Information
**Supplemental Information**

| | |
|---|---|
| LOSS FOR TAX YEAR 2015 IS LIMITED DUE TO BASIS | |
| LOSS FOR TAX YEAR 2015 ALLOWED | 0. |
| LOSS FOR TAX YEAR 2015 DISALLOWED | -907. |

| ☐ Final K-1 | ☐ Amended K-1 | 651113 |
| --- | --- | --- |
| | | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1065)**

**2015**

For calendar year 2015, or tax

Department of the Treasury
Internal Revenue Service

year beginning _____ 2015
ending _____

## Partner's Share of Income, Deductions, Credits, etc.

► See separate instructions.

### Part I — Information About the Partnership

**A** Partnership's employer identification number
27-0695144

**B** Partnership's name, address, city, state, and ZIP code
RENWTRICITY NJ 2010 LLC
100 CHALLENGER ROAD STE 401
RIDGEFIELD PARK, NJ 07660

**C** IRS Center where partnership filed return
CINCINNATI, OH

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

**E** Partner's identifying number
APPLD FOR

**F** Partner's name, address, city, state, and ZIP code
OSCAR BURAK
TRONADOR 2705
BUENOS AIRES, Argentina

**G** ☐ General partner or LLC member-manager  ☒ Limited partner or other LLC member

**H** ☐ Domestic partner  ☒ Foreign partner

**I1** What type of entity is this partner? . . . . . INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . . . . . . . . . . . . . . . . . . . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
| --- | --- | --- |
| Profit | 22.22000 % | 22.22000 % |
| Loss | 22.22000 % | 22.22000 % |
| Capital | 22.22000 % | 22.22000 % |

**K** Partner's share of liabilities at year end:

| | | |
| --- | --- | --- |
| Nonrecourse | $ | 287,122. |
| Qualified nonrecourse financing | $ | |
| Recourse | $ | |

**L** Partner's capital account analysis:

| | | |
| --- | --- | --- |
| Beginning capital account | $ | -127,159. |
| Capital contributed during the year | $ | |
| Current year increase (decrease) | $ | -907. |
| Withdrawals & distributions | $ | |
| Ending capital account | $ | -128,066. |

☒ Tax basis  ☐ GAAP  ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes  ☒ No
If 'Yes', attach statement (see instructions)

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | |
| --- | --- | --- |
| **1** Ordinary business income (loss) | **15** | Credits |
| -907. | | |
| **2** Net rental real estate income (loss) | | |
| **3** Other net rental income (loss) | **16** | Foreign transactions |
| **4** Guaranteed payments | | |
| **5** Interest income | | |
| **6a** Ordinary dividends | | |
| **6b** Qualified dividends | | |
| **7** Royalties | | |
| **8** Net short-term capital gain (loss) | | |
| **9a** Net long-term capital gain (loss) | **17** | Alternative minimum tax (AMT) items |
| | A | 0. |
| **9b** Collectibles (28%) gain (loss) | | |
| **9c** Unrecaptured section 1250 gain | | |
| **10** Net section 1231 gain (loss) | **18** | Tax-exempt income and nondeductible expenses |
| **11** Other income (loss) | | |
| | **19** | Distributions |
| **12** Section 179 deduction | | |
| **13** Other deductions | | |
| | **20** | Other information |
| **14** Self-employment earnings (loss) | | |

*See attached statement for additional information.

**FOR IRS USE ONLY**

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2015

PTPA0312 07/22/15

RENWTRICITY NJ 2010 LLC   27-0695144                                                    1

Schedule K-1 (OSCAR BURAK), Supplemental Information
**Supplemental Information**

| | |
|---|---:|
| LOSS FOR TAX YEAR 2015 IS LIMITED DUE TO BASIS | |
| LOSS FOR TAX YEAR 2015 ALLOWED | 0. |
| LOSS FOR TAX YEAR 2015 DISALLOWED | -907. |

RENWTRICITY NJ 2010 LLC   27-0695144                                                                    1

---

**Form 1065, Line 20**
**Other deductions**

| | |
|---|---:|
| ACCOUNTING | 3,000. |
| BANK CHARGES | 484. |
| Total | 3,484. |

---

**Form 1065, Schedule L, Line 13**
**Other Assets**

| Other Assets: | Beginning of tax year | End of tax year |
|---|---:|---:|
| CAPITALIZED COSTS | 307,379. | 307,379. |
| Total | 307,379. | 307,379. |