| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**FOR THE DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1<br><br>**STRADLEY, RONON, STEVENS & YOUNG, LLP**<br>Scott H. Bernstein<br>457 Haddonfield Road, Suite 100<br>Cherry Hill, New Jersey 08002-2223<br>Telephone: (856) 321-2406<br>Facsimile: (856) 321-2415<br>E-mail: sbernstein@stradley.com<br><br>*Proposed Counsel for RenwTricity NJ 2010 LLC and Washington PV Generation LLC* | |
| In re:<br><br>RENWTRICITY NJ 2010 LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No.: 16-29584<br><br>Hearing Date: 11/07/16 at 10:00 a.m. |
| In re:<br><br>WASHINGTON PV GENERATION LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No.: 16-29587<br><br>Hearing Date: 11/07/16 at 10:00 a.m. |

**NOTICE OF MOTION FOR AN ORDER DIRECTING THE
JOINT ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES**

**PLEASE TAKE NOTICE** that debtors and debtors in possession, RenwTricity NJ 2010 LLC and Washington PV Generation LLC (collectively, the "Debtors"), by and through their proposed counsel, Stradley Ronon Stevens & Young, LLP, will move before the Honorable (TBA), United States Bankruptcy Judge, United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey on **November 7, 2016 at 10:00 a.m. (prevailing Eastern Time) (the "Hearing")**, or as soon thereafter as counsel may be heard, for an order granting the relief sought in the *Motion for an Order Directing the Joint Administration of Debtors' Chapter 11 Cases* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion (each, an "Objection") must be filed with the Clerk of Court together with the proof of service thereof, and served so as to be actually received no later than **4:00 p.m. on October 31, 2016 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")** by the undersigned counsel. Objections, if any, must: (a) be in writing; (b) comply with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of the Court; and (c) state with particularity the legal and factual bases for the Objection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1(a)(3), because there are no novel issues of law presented in the Motion, the Debtors respectfully request that the Court waive the requirements that the Debtors file a memorandum of law in support of the Motion.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-3(e), unless the Court authorizes or directs otherwise, prior to the Hearing, no testimony shall be taken at the Hearing on the Motion, except by certification or affidavit.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-3(d), the Motion will be decided on the papers without a Hearing and oral argument is waived unless an Objection is timely filed and served.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-4, a proposed form of Order granting the relief sought in the Motion is submitted herewith.

Dated: October 13, 2016
Cherry Hill, New Jersey

STRADLEY RONON STEVENS
& YOUNG, LLP

By: _____
Scott H. Bernstein
457 Haddonfield Road, Suite 100
Cherry Hill, New Jersey 08002-2223

2

Telephone: (856) 321-2406
Facsimile: (856) 321-2415
E-mail: sbernstein@stradley.com

LITIGATION # 2976244

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**FOR THE DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**STRADLEY, RONON, STEVENS & YOUNG, LLP**<br>Scott H. Bernstein<br>457 Haddonfield Road, Suite 100<br>Cherry Hill, New Jersey 08002-2223<br>Telephone: (856) 321-2406<br>Facsimile: (856) 321-2415<br>E-mail: sbernstein@stradley.com<br><br>*Proposed Counsel for RenwTricity NJ 2010 LLC and Washington PV Generation LLC* | |
| In re:<br><br>RENWTRICITY NJ 2010 LLC,<br><br>               Debtor. | Chapter 11<br><br>Case No.: 16-29584<br><br>Hearing Date: 11/07/16 at 10:00 a.m. |
| In re:<br><br>WASHINGTON PV GENERATION LLC,<br><br>               Debtor. | Chapter 11<br><br>Case No.: 16-29587<br><br>Hearing Date: 11/07/16 at 10:00 a.m. |

## MOTION FOR AN ORDER DIRECTING THE JOINT ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their proposed counsel, hereby submit this motion (this "Motion") for entry of an order, pursuant to 11 U.S.C. § 105(a) and Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") directing joint administration of the Debtors' Chapter 11 cases for procedural purposes only. In support of this Motion, the Debtors respectfully represent as follows:

### BACKGROUND

1.      On the date hereof (the "Petition Date"), the Debtors each filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et*

*seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of New Jersey.

2. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner or creditors' committee has been appointed in these Chapter 11 cases.

3. The Debtors are in the business of developing a grid supply photovoltaic system (the "System") in the Township of Washington. The Debtors filed these Chapter 11 cases for the purpose of monetizing the value of the System for the benefit of the Debtors' stakeholders.

4. RenwTricity NJ 2010 LLC ("RenwTricity") is a New Jersey limited liability company headquartered in Ridgefield Park, New Jersey. RenwTricity owns 100% of the equity interests in Washington PV Generation LLC ("Washington PV").

5. Washington PV is a New Jersey limited liability company headquartered in Ridgefield Park, New Jersey. Washington PV holds the rights to the System.

## JURISDICTION AND VENUE

6. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

7. The predicates for the relief sought herein are section 105(a) of the Bankruptcy Code and Rule 1015(b) of the Bankruptcy Rules.

## RELIEF REQUESTED

8. By this Motion, the Debtors seek the joint administration of their Chapter 11 cases for procedural purposes only. Specifically, the Debtors request that the Court maintain one file and one docket for each of the jointly-administered cases. The Debtors propose to designate the

LITIGATION # 2976244

Chapter 11 Case of RenwTricity as the main bankruptcy case because RenwTricity is the parent company of Washington PV.

9. Accordingly, the Debtors request that their cases be administered under the following consolidated caption:

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | : |
| RENWTRICITY NJ 2010 LLC, | : |
| Debtors.[1] | : |

[1] RenwTricity NJ 2010 LLC and Washington PV Generation LLC.

10. The Debtors also request that a docket entry, substantially similar to the following, be entered on the dockets of the Chapter 11 cases of RenwTricity NJ 2010 LLC and Washington PV Generation LLC to reflect the joint administration of the Chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the Chapter 11 cases of RenwTricity NJ 2010 LLC and Washington PV Generation LLC. All further docket entries shall be made in Case No. 16-29584 (___).

11. Each of the Debtors will file monthly operating reports as required by the United States Trustee Operating Guidelines, but such reports will be filed in the lead case (Case No. 16-29584) rather than in each of the Debtor's individual cases.

**BASIS FOR RELIEF**

12. Bankruptcy Rule 1015(b) provides that "[i]f a joint petition or two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015. The Debtors are RenwTricity NJ 2010 LLC and Washington PV Generation LLC. Pursuant to the definition of

3

"affiliate" in section 101(2) of the Bankruptcy Code, and as used in Bankruptcy Rule 1015(b), the Debtors are affiliates because RenwTricity is the parent of Washington PV.

13. Section 105(a) of the Bankruptcy Code also provides the Court with the power to grant the relief requested herein. Specifically, section 105(a) states that a bankruptcy court "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." 11 U.S.C. § 105(a).

14. The Debtors submit that their cases should be administered jointly because joint administration will obviate the need for duplicative notices, motions, and orders, and thereby save considerable time and expense for the Debtors and their estates.

15. The Debtors anticipate that numerous notices, motions, other pleadings, headings, and orders in these Chapter 11 cases will affect more than one of the Debtors. The failure to jointly administer these cases would result in the filing and service of numerous duplicative pleadings. Such duplication of substantially identical documents would be extremely wasteful.

16. Joint administrative will permit the Clerk to use a single general docket for all of the Debtors' case and to combine notices to creditors' of each Debtor's estate and other parties in interest. Joint administration will also protect parties in interest by ensuring that parties in interest in each Chapter 11 case will be apprised of the various matters before the Court in the other case.

17. The rights of the respective creditors of the Debtors will not be adversely affected by the proposed joint administration of these cases because each creditor may still file its claim against a particular Debtor. In fact, the rights of all creditors will be enhanced by the reduced costs that will result from joint administration of these cases. The Court will also be relieved of the burden of entering duplicative orders and maintaining redundant files.

18. The Debtors submit that supervision of the administrative aspects of these Chapter 11 cases by the Office of the United States Trustee will be simplified if the cases are jointly administered as requested herein.

### NOTICE, NO PRIOR MOTION AND WAIVER OF MEMORANDUM OF LAW

19. Notice of this Motion has been given to (i) the Office of the United States Trustee for the District of New Jersey; (ii) the office of the United Sates Attorney for the District of New Jersey; (iii) the Internal Revenue Service; and (iv) the Debtors' known creditors. The Debtors respectfully submit that such notice is sufficient, and request that the Court find that no further notice of the relief requested herein is required.

20. The Debtors submit that this Motion does not present novel issues of law requiring the citation to any authority other than that referred to above and, accordingly, a separate memorandum of law is not necessary under D.N.J. LBR 9013-1(a)(3).

21. No previous application for the relief requested herein has been made by the Debtors to this or any other Court.

**WHEREFORE**, the Debtors respectfully request the entry of an Order, in substantially the form submitted herewith, granting the relief requested herein and such other and further relief as is just and proper.

Dated: October 13, 2016
Cherry Hill, New Jersey

Respectfully submitted,

**STRADLEY RONON STEVENS & YOUNG, LLP**

By: _____
Scott H. Bernstein
457 Haddonfield Road, Suite 100
Cherry Hill, New Jersey 08002-2223
Telephone: (856) 321-2406
Facsimile: (856) 321-2415
E-mail: sbernstein@stradley.com

5

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**FOR THE DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**STRADLEY, RONON, STEVENS & YOUNG, LLP**<br>Scott H. Bernstein<br>457 Haddonfield Road, Suite 100<br>Cherry Hill, New Jersey 08002-2223<br>Telephone: (856) 321-2406<br>Facsimile: (856) 321-2415<br>E-mail: sbernstein@stradley.com<br><br>*Proposed Counsel for RenwTricity NJ 2010 LLC and Washington PV Generation LLC* | |
| In re:<br><br>RENWTRICITY NJ 2010 LLC,<br><br>Debtor. | Chapter 11<br><br>Case No.: 16-29584<br><br>Hearing Date: 11/07/16 |
| In re:<br><br>WASHINGTON PV GENERATION LLC,<br><br>Debtor. | Chapter 11<br><br>Case No.: 16-29587<br><br>Hearing Date: 11/07/16 |

## ORDER DIRECTING THE JOINT
## ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

Page:      2
Debtor:    RenwTricity NJ 2010 LLC and Washington PV Generation LLC
Case Nos.: 16-29584 and 16-29587
Caption:   Order Directing the Joint Administration of Debtors' Chapter 11 Cases

This matter having been opened by the above captioned debtors and debtors in possession (collectively, the "Debtors"), upon the motion (the "Motion") for entry of an order pursuant to 11 U.S.C. § 105(a) and Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing joint administration of the Debtors' Chapter 11 cases for procedural purposes only, as more fully described in the Motion; and the Court having jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334 to consider the Motion and the relief requested therein; and this matter being a core proceeding pursuant to 28 U.S.C. § 157; venue being proper in the Court pursuant to 11 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors' estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that:

1.   The Motion is Granted.

2.   Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, the above captioned Chapter 11 cases shall be consolidated for procedural purposes only and jointly administered.

3.   The following caption shall be used for pleadings filed in the above-captioned cases:

LITIGATION # 2976244

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

In re:                                                :
                                                      :
RENWTRICITY NJ 2010 LLC,                              :
                                                      :
            Debtors.[1]                               :
                                                      :

[1]. RenwTricity NJ 2010 LLC and Washington PV Generation LLC.

4.  The Clerk of Court shall enter a docket entry in each of the above-captioned cases reflecting the procedural consolidation and joint administration of the Debtors' Chapter 11 cases as set forth herein.

5.  The Clerk of Court shall maintain one file and one docket for the Debtors' jointly administered Chapter 11 Cases, which docket and file shall be maintained on the docket of RenwTricity NJ 2010 LLC, Case No. 16-29584.

6.  The Debtors shall each file monthly operating reports required by the United States Trustee Operating Guidelines.

7.  Nothing in this Order shall be construed as directing the substantive consolidation of the Debtors' Chapter 11 cases.

8.  The Clerk of Courts shall enter a docket entry in each of the Debtors' Chapter 11 cases, substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the Chapter 11 cases of RenwTricity NJ 2010 LLC and Washington PV Generation LLC. All further docket entries shall be made on the docket of RenwTricity NJ 2010 LLC, Case No. 16-29584 and the docket of RenwTricity NJ 2010 LLC, Case No. 16-29584 should be consulted for all matters affecting these cases.